# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 44202

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2017 Unpublished Opinion No. 345 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: February 2, 2017 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| RICHARD CLAY JEWELL, aka | ) | THIS IS AN UNPUBLISHED |
| RICHARD C. JEWELL, | ) | OPINION AND SHALL NOT |
| | ) | BE CITED AS AUTHORITY |
| Defendant-Appellant. | ) | |
| | ) | |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. George A. Southworth, District Judge.

Judgment of conviction and suspended unified sentence of five years, with a minimum period of confinement of two and one-half years, for aggravated assault, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

———————————————————

Before GUTIERREZ, Judge; MELANSON, Judge;
and HUSKEY, Judge

———————————————————

PER CURIAM

Richard Clay Jewell, aka Richard C. Jewell, pled guilty to one count of aggravated assault. I.C. §§ 18-901(b) and 18-905. In exchange for his guilty plea, an additional charge was dismissed. The district court sentenced Jewell to a unified term of five years, with a minimum period of confinement of two and one-half years. The district court suspended the sentence and placed Jewell on probation. Jewell appeals.

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Jewell's judgment of conviction and sentence are affirmed.